**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 20, 2023.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00237-CV

---

### KATHERINE KAY SPIVEY LENOX, Appellant

### V.

### GAYLE LOYD, LAURA L. SANDMAN, AND BENNIE HAROLD LENOX, JR., Appellees

---

**On Appeal from the County Court
Burnet County, Texas
Trial Court Cause No. P10291**

---

### MEMORANDUM OPINION

This is an appeal from an order signed November 29, 2022. On June 7, 2023, appellant filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.